CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 20 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MCINTYRE, | ) | CASE NO. 3:08CV00029 |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | |
| AETNA LIFE INSURANCE COMPANY, | ) | |
| | ) | By: B. WAUGH CRIGLER |
| Defendant. | ) | U.S. MAGISTRATE JUDGE |

For the reasons set forth in the Memorandum Opinion of even date, it hereby is

ORDERED

that plaintiff's October 23, 2008 Petition for Attorney's Fees and Costs, and his November 10, 2008 Supplemental Petition for Attorney's Fees and Costs, hereby are GRANTED, in part, and DENIED, in part. Plaintiff hereby is AWARDED $20,850.00 in attorney's fees and $462.30 in costs, to be included as part of the final judgment in this action.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ B. Waugh Crigler
U.S. Magistrate Judge

11-20-08
Date